IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA JOE DRIGGS | § | |
| | § | |
| VS. | § | CIVIL NO. 4:25-CV-01354-SDJ-BD |
| | § | |
| GRAYSON COUNTY SHERIFF | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #7), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that the petition for a writ of habeas corpus be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

---

[1] On April 27, 2026, a copy of the Report, (Dkt. #7), was returned as undeliverable and marked "INMATE NOT IN CUSTODY, RELEASED ON 3-26-26." (Dkt. #8). Petitioner has not updated his address with the Court.

1

2

**So ORDERED and SIGNED this 4th day of May, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2